# EXHIBIT C

Transform your photos into **one-of-a-kind, hand painted masterpieces!**

SELL    CRE

ART    HOME    TECH    Search    🔍

fineartamerica

Shop    Collections    Subjects    Community    About

Back to Adam Romanowicz    |    Art / Photographs / Aged Photographs



*Lion Head Door Knocker* is a photograph by Adam Romanowicz which was uploaded on April 21st, 2011.

← C 🔒 Secure https://**fineartamerica.com**/featured/lion-head-door-knocker-adam-romanowicz.html