JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)                ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No ☐       Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                 NATURE OF SUIT

                                TORTS                                                ACTIONS UNDER STATUTES

**CONTRACT**            **PERSONAL INJURY**       **PERSONAL INJURY/**          **FORFEITURE/PENALTY**    **BANKRUPTCY**                **OTHER STATUTES**
                                                  [ ] 367 HEALTHCARE/
[ ] 110 INSURANCE       [ ] 310 AIRPLANE          PHARMACEUTICAL PERSONAL       [ ] 625 DRUG RELATED       [ ] 422 APPEAL                [ ] 375 FALSE CLAIMS
[ ] 120 MARINE          [ ] 315 AIRPLANE PRODUCT  INJURY/PRODUCT LIABILITY      SEIZURE OF PROPERTY            28 USC 158                [ ] 376 QUI TAM
[ ] 130 MILLER ACT          LIABILITY             [ ] 365 PERSONAL INJURY       21 USC 881                 [ ] 423 WITHDRAWAL            [ ] 400 STATE
[ ] 140 NEGOTIABLE      [ ] 320 ASSAULT, LIBEL &     PRODUCT LIABILITY          [ ] 690 OTHER                  28 USC 157                    REAPPORTIONMENT
        INSTRUMENT              SLANDER           [ ] 368 ASBESTOS PERSONAL                                                              [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF     [ ] 330 FEDERAL              INJURY PRODUCT                                                                      [ ] 430 BANKS & BANKING
        OVERPAYMENT &           EMPLOYERS'            LIABILITY                 **PROPERTY RIGHTS**                                      [ ] 450 COMMERCE
        ENFORCEMENT             LIABILITY                                                                                                [ ] 460 DEPORTATION
        OF JUDGMENT     [ ] 340 MARINE            **PERSONAL PROPERTY**         [ ] 820 COPYRIGHTS                                       [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT    [ ] 345 MARINE PRODUCT                                  [ ] 830 PATENT                                                   ENCED & CORRUPT
[ ] 152 RECOVERY OF             LIABILITY         [ ] 370 OTHER FRAUD           [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                  ORGANIZATION ACT
        DEFAULTED       [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING      [ ] 840 TRADEMARK                                                (RICO)
        STUDENT LOANS   [ ] 355 MOTOR VEHICLE                                                                                            [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)         PRODUCT LIABILITY                                                           **SOCIAL SECURITY**          [ ] 490 CABLE/SATELLITE TV
[ ] 153 RECOVERY OF     [ ] 360 OTHER PERSONAL
        OVERPAYMENT             INJURY            [ ] 380 OTHER PERSONAL        **LABOR**                  [ ] 861 HIA (1395ff)          [ ] 850 SECURITIES/
        OF VETERAN'S    [ ] 362 PERSONAL INJURY -     PROPERTY DAMAGE                                      [ ] 862 BLACK LUNG (923)              COMMODITIES/
        BENEFITS                MED MALPRACTICE   [ ] 385 PROPERTY DAMAGE       [ ] 710 FAIR LABOR         [ ] 863 DIWC/DIWW (405(g))            EXCHANGE
[ ] 160 STOCKHOLDERS                                  PRODUCT LIABILITY                 STANDARDS ACT      [ ] 864 SSID TITLE XVI
        SUITS                                                                   [ ] 720 LABOR/MGMT         [ ] 865 RSI (405(g))
[ ] 190 OTHER                                     **PRISONER PETITIONS**                RELATIONS                                        [ ] 890 OTHER STATUTORY
        CONTRACT                                  [ ] 463 ALIEN DETAINEE        [ ] 740 RAILWAY LABOR ACT                                        ACTIONS
[ ] 195 CONTRACT                                  [ ] 510 MOTIONS TO            [ ] 751 FAMILY MEDICAL     **FEDERAL TAX SUITS**         [ ] 891 AGRICULTURAL ACTS
        PRODUCT         **ACTIONS UNDER STATUTES**    VACATE SENTENCE           LEAVE ACT (FMLA)
        LIABILITY                                     28 USC 2255                                          [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196 FRANCHISE       **CIVIL RIGHTS**          [ ] 530 HABEAS CORPUS         [ ] 790 OTHER LABOR                Defendant)            [ ] 893 ENVIRONMENTAL
                                                  [ ] 535 DEATH PENALTY                LITIGATION         [ ] 871 IRS-THIRD PARTY                MATTERS
                        [ ] 440 OTHER CIVIL RIGHTS[ ] 540 MANDAMUS & OTHER      [ ] 791 EMPL RET INC               26 USC 7609           [ ] 895 FREEDOM OF
**REAL PROPERTY**               (Non-Prisoner)                                          SECURITY ACT (ERISA)                                     INFORMATION ACT
                        [ ] 441 VOTING                                                                                                   [ ] 896 ARBITRATION
[ ] 210 LAND            [ ] 442 EMPLOYMENT                                      **IMMIGRATION**                                          [ ] 899 ADMINISTRATIVE
        CONDEMNATION    [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                      PROCEDURE ACT/REVIEW OR
[ ] 220 FORECLOSURE             ACCOMMODATIONS                                  [ ] 462 NATURALIZATION                                           APPEAL OF AGENCY DECISION
[ ] 230 RENT LEASE &    [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                  APPLICATION
        EJECTMENT               DISABILITIES -    [ ] 555 PRISON CONDITION      [ ] 465 OTHER IMMIGRATION                                [ ] 950 CONSTITUTIONALITY OF
[ ] 240 TORTS TO LAND           EMPLOYMENT        [ ] 560 CIVIL DETAINEE                ACTIONS                                                  STATE STATUTES
[ ] 245 TORT PRODUCT    [ ] 446 AMERICANS WITH        CONDITIONS OF CONFINEMENT
        LIABILITY               DISABILITIES -OTHER
[ ] 290 ALL OTHER       [ ] 448 EDUCATION
        REAL PROPERTY


Check if demanded in complaint:

☐ CHECK IF THIS IS A **CLASS ACTION**
  UNDER F.R.C.P. 23                          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
                                             AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                             IF SO, STATE:

DEMAND $_____ OTHER _____  JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:  ☐ YES  ☐ NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)  ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☐ MANHATTAN

DATE         SIGNATURE OF ATTORNEY OF RECORD  *Richard Liebowitz*   ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                   [ ] NO
RECEIPT #                                                          [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
                                                                   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)