UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

              **Plaintiff(s),**

      **- against -**                                      _____ **Civ.** _____(\_\_\_)

                                                            **CLERK'S CERTIFICATE**
                                                                **OF DEFAULT**

              **Defendant(s),**
------------------------------------------------------------X

      **I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____. **I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

       _____, 20\_\_\_                                       **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                                                             **By:** _____
                                                                          **Deputy Clerk**