UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM ROMANOWICZ,<br><br>          Plaintiffs,<br><br> - against -<br><br>ALISTER & PAINE, INC.<br><br>          Defendant. | 1:17-cv-8937-PAE |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Adam Romanowicz ("Plaintiff"), respectfully request that the Clerk of the Court enter the default of the Defendant, Alister & Paine, Inc. pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith).

Date: December 26, 2017
   Valley Stream, New York

                  LIEBOWITZ LAW FIRM, PLLC

                  /s/Richard Liebowitz
                  Richard P. Liebowitz, Esq.
                  11 Sunrise Plaza, Suite 305
                  Valley Stream, New York 11530
                  Tele: 516-233-1660
                  RL@LiebowitzLawFirm.com