UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**Plaintiff(s),**

- against -

_____ Civ. 8937 (\_\_\_)

**CLERK'S CERTIFICATE
OF DEFAULT**

**Defendant(s),**
-------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

_____, 20\_\_\_   **RUBY J. KRAJICK**
   **Clerk of Court**

   **By:** _____
   **Deputy Clerk**