UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM ROMANOWICZ,<br><br>                              Plaintiff,<br><br>- against -<br><br>ALISTER & PAINE, INC.<br><br>                              Defendant. | Docket No. 17-cv-8937 (PAE)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALISTER & PAINE, INC. PURSUANT TO FED.R.CIV.P. 55(b)(2) and L.R. 55.2(b)** |

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Richard P. Liebowitz, Esq., dated March 1, 2018, and the exhibits attached thereto; the Clerk's Certificate of Default attached hereto as Exhibit A; the complaint and exhibits attached hereto as Exhibit B; the summons attached hereto as Exhibit C; the affidavit of service attached hereto as Exhibit D; and the proposed order and default judgment attached hereto as Exhibit E; Plaintiff Adam Romanowicz ("Plaintiff") will move the Court, before the Honorable Paul A. Engelmayer (U.S.D.J.), at Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order granting entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure in Plaintiff's favor on the issues of liability, and actual damages of $5,000 for copyright infringement and statutory damages of $5,000 for alteration of copyright management information against Defendant Alister & Paine, Inc. ("Defendant"); and for such further relief as this Court deems just and proper.

Dated: Valley Stream, New York
March 8, 2018

                                                                        Respectfully submitted,

LIEBOWITZ LAW FIRM

**By: /Richard P. Liebowitz/**
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 111580
(516) 233-1660

*Attorneys for Adam Romanowicz*