UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Adam Romanowicz

      **Plaintiff(s),**

- against -

Alister & Paine, Inc.

      **Defendant(s),**
------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3\1\18 |

_____17_____ Civ. __8937__ (_pae_)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/15/2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Alister & Paine, Inc. by personally serving Jenna Bostock, authorized to accept process on behalf of Defendant, and proof of service was therefore filed on 12/26/2017, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

   March 1, 2018

                RUBY J. KRAJICK
                Clerk of Court

            By: _____
                Deputy Clerk