# EXHIBIT A

Case 1:17-cv-08937-PAE   Document 1-1   Filed 11/15/17   Page 2 of 2

