# EXHIBIT B

AlisterＰaine
THE DIGITAL MAGAZINE FOR 21ST CENTURY EXECUTIVES

BUSINESS    CEO INTERVIEWS    TRAVEL    FOOD & WINE    FASHION    HOME    GEAR



# OPPORTUNITY KNOCKS: MAKE SURE 2013 IS YOUR YEAR FOR BIG CHANGE

VICKIE MILAZZO • DECEMBER 24, 2012

Q SEARCH    ▲ LOG IN / JOIN

↑ TRENDING

## FEATURED SPONSOR



Need help with paid me... ⊙ ▲

FIND OUT HOW TO USE PAID MEDIA TO GROW YOUR BUSINESS

## SUBSCRIBE

Email Address

Subscribe

## GET THE MAGAZINE

Gain access to some of the most successful luminaries in business today. Sent right to your inbox. All for free.

Enter your email address

Subscribe Now

Powered by SumoMe

ADVERTISE

RECENT ART