| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF | | AFFIDAVIT OF SERVICE | |
|---|---|---|---|
| ADAM ROMANOWICZ | | CLIENT: | LIEBOWITZ |
| | | FF/INDEX #: | |
| | | DATE FILED: | 11/16/17 |
| | Plantiff(s)/Petitioners(s) | DOCKET #: | |
| - AGAINST - | | | CIVIL ACTION#1:17-CV-8937 |
| ALISTER & PAINE, INC. | | PRESIDING: | |
| | | COURT D/T: | |
| | Defendant(s) / Respondent(s) | AMOUNT: | |

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on **12/1/17** at **6:10 PM** at **40 STAPLETON COURT, MIDDLETOWN, NY 10940**

deponent served the within **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, COMPLAINT**

on **ALISTER & PAINE, INC.** therein named

**CORPORATION** ☑ By delivering to and leaving with **JENNA BOSTOCK** and that he knew the person
so served to be the **EMPLOYEE** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**    Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BROWN/BLONDE HAIR, 25 - 33 YRS, 5'1" - 5'4", 125 - 137 LBS.**

Other identifying features:

Sworn to before me on: **12/19/2017**

*JOSEPH SHERLOCK*

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764