UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM ROMANOWICZ,<br><br>         Plaintiff,<br><br> - against -<br><br>ALISTER & PAINE, INC.<br><br>         Defendant. | Docket No. 17-cv-8937 (PAE) |

## [PROPOSED] ORDER AND DEFAULT JUDGMENT

This matter came before the Court on plaintiff Adam Romanowicz ("Plaintiff")'s motion for entry of a default judgment against defendant Alister & Paine, Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1. Plaintiff's complaint, an original summons and all attachments thereto were served on Defendant on December 1, 2017. An affidavit of service was filed with the Court on December 22, 2017.

2. March 1, 2018, the Clerk of the Court for the United States District Court, Southern District of New York entered a default against Defendant for failure to plead or otherwise defend this action.

3. Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

    4.    Plaintiff filed his motion for entry of default judgment on March 1, 2018. Plaintiff seeks: (1) $5,000 in actual damages under the Copyright Act, 17 U.S.C. § 501(c); (2) $5,000 in statutory damages 17 U.S.C. § 1203(c).

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's Motion for Entry of Default Judgment is GRANTED; it is

**FURTHER ORDERED** that the Court DECLARES that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $5,000 in actual damages; it is

**FURTHER ORDERED** that Defendant shall pay $5,000 in statutory damages; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: March ___, 2018                              SO ORDERED.

                                                                               _____
                                                                               Paul A. Engelmayer (U.S.D.J.)