UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ADAM ROMANOWICZ :

          *Plaintiff,* : Index No. 17-cv-8937-PAE

  vs. : ECF Case

ALISTER & PAINE, INC. : **AFFIDAVIT OF SERVICE**

          *Defendant.* :
-------------------------------------------------------------x

STATE OF NEW YORK  )
                          )    SS.:
COUNTY OF NASSAU  )

       <u>RICHARD P. LIEBOWITZ</u>, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a principal at the firm of Liebowitz Law Firm PLLC, attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I e-mailed over to my process server Orange Paper Placer, Inc. located in Goshen N.Y the supporting documents including the order, certificate of default, complaint (with Exhibits), summons, affidavit of service, proposed order and declaration in support of motion.

3. Orange Paper then attempted to serve Defendant Alister & Paine, Inc. at their last known address 40 Stapleton Court, Middletown, New York 10940.

4. Orange Paper relayed to me that someone opened the door and said Alister & Paine, Inc. moved out west.

5. I tried to serve the complaint, summons, and civil cover sheet through their agent National Registered Agent, Inc. but I received a notice from their agent that the corporation was voided.

6. I tried to find another location to serve Alister & Paine, Inc. but could not find another business location.

7. On March 15, 2018, I mailed the supporting documents including the order, certificate of default, complaint (with Exhibits), summons, affidavit of service, proposed order and declaration in support of motion certified to Alister & Paine, Inc.'s last known address at 40 Stapleton Court, Middletown, New York 10940.

8. Attached to this affidavit is a copy of the certified mail receipt.

DATED: March 20, 2018

Valley Stream, NY

    Respectfully Submitted,

    /s/Richard P. Liebowitz
    Richard P. Liebowitz
    Liebowitz Law Firm PLLC
    11 Sunrise Plaza, Suite 301
    Valley Stream, NY 11580
    Tel. (516) 233-1660

    *Attorneys for Plaintiff Adam Romanowicz*