**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - -- - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - -x
.
:
ADAM ROMANOWICZ                                          :
.
:
                          *Plaintiff,*              : Index No. 17-cv-8937-KHO
                                                    :
      vs.                                           : ECF Case
                                                    :
ALISTER & PAINE, INC.                               : **AFFIDAVIT IN SUPPORT OF**
                                                    : **DAMAGES INQUEST**
                                                    :
                          *Defendant.*              :
-- - - - - -- - - - - - - - - - -- - - - - - -- - - - - - - - - - - - -x

STATE OF NEW YORK      )
                       )        SS.:
COUNTY OF NASSAU       )

1.  I, Adam Romanowicz, am the Plaintiff in the above-captioned action.

2.  I am a professional photographer in the business of licensing my images to

    media outlets for a fee.

3.  I took the photograph that is the subject of this litigation in January of 2011.

4.  I uploaded the photograph on Fine Art America's website on April 21, 2011.

5.  The photograph was published with a gutter credit, identifying me, Adam

    Romanowicz, as the photographer.

6.  I also published the photograph on my own website, 3scape.com, where

    customers may license the image.   I attach a copy of my website page featuring

    the photograph as Exhibit A.

7.  On my website, the photograph has a 3scape.com watermark and my name is

    featured on the webpage as the photographer.

8. I caused a copy of the photograph to be deposited with the U.S. Copyright Office as part of a copyright registration application for my photographs published in the year of 2011. I was given the registration number of VA 2-051-111 with the effective date of March 31, 2017. A copy of the copyright registration certificate is hereto attached at Exhibit B.

9. I have not licensed the photograph that is the subject of this litigation.

10. Defendant Alister & Paine, Inc. never contacted me nor properly obtained the photograph from Fine Art America.

11. I have found a similar image to my photograph on the Getty Images' website.

12. Getty Images price quote for licensing of a similar photograph to a commercial online blog, for up to 3 years, is $480.

13. Getty Images is a leader in the stock photo licensing industry. Getty Images has a substantial percentage of the marketplace for stock photography. Its prices reflect what a willing seller and a willing buyer would agree upon.

14. Similarly, I would charge $480 for this commercial online blog to use my photograph for up to 3 years, subject to renewal and renegotiation.

15. A copy of a Getty Images' webpage that lists the price quote, usage rights and displays the photograph to be licensed is hereto attached as Exhibit C.

DATED:     May 21, 2018
           Valley Stream, NY

                              Respectfully Submitted,

                              /s/ _____
                              Adam Romanowicz