

## 3scape Photos
### Adam Romanowicz Photography

» All Photos » Belgium » Brugge (Part 1) » **Lion Head Door Knocker**

**Navigation**

<<



### Lion Head Door Knocker



**Customize Your Print**


Art Print - $18


Framed - $56


Canvas - $67


Metal - $35

**Buy A Print**    **License Image**

**Newest Photos**

Grand Cayman Aerials
Punta Cana - Bavaro
Oregon Coast
Columbus
Toronto

**Related Images**

    

**Tags:** aged antique architecture b&w belgium black bruges brugge castle cities city cityscape cityscapes dark den destinations door doors entrance europe european fortress grunge head historical iron knocker lion lock medieval metal monochrome moody office old pattern retro royal study travel urban vintage white wood wooden

Lion Head Door Knocker Photograph
Lion Head Door Knocker Fine Art Prints
Lion Head Door Knocker Framed Art Prints
Lion Head Door Knocker Canvas Art Prints
Lion Head Door Knocker Metal Art Prints

**From the Blog**

Storm Chasing Timelapse – The Power and Beauty of Nature

My Photographic Journey

How To Create Fake Real Horizon Lines in Photoshop

**Search Images**

Search for images

May 22nd, 2018

Licensing Info | Copyright © 2018 Adam Romanowicz