# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

#1-4762667402
**Registration Number**

## VA 2-051-111

**Effective Date of Registration:**
March 31, 2017

## Title
  **Title of Work:**   Group registration of published photographs; 33 photos published Jan 1 - Dec 31, 2011

## Completion/Publication
  **Year of Completion:** 2011
  **Date of 1st Publication:** January 10, 2011
  **Nation of 1st Publication:** United States

## Author
  **Author:** Adam Romanowicz
  **Author Created:** photograph
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
  **Copyright Claimant:** Adam Romanowicz
  PO Box 186, Medinah, IL, 60157-0186, United States

## Rights and Permissions
  **Name:** Adam Romanowicz
  **Email:** adam@3scape.com
  **Telephone:** (312)970-9894
  **Address:** PO Box 186
  Medinah, IL 60157-0186 United States

## Certification
  **Name:** Adam Romanowicz
  **Date:** March 31, 2017