# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 25, 2018

**VIA U.S. MAIL**

Adam Romanowicz
254 Winston Lane,
Bloomingdale, IL 60108

Re: *Romanowicz v. Alister & Paine, Inc.*

Dear Mr. Romanowicz:

Below please find a Statement of Legal Services Rendered by Richard P. Liebowitz, Esq. in connection with the above-captioned case for the months of November 2017-May 2018.

**STATEMENT OF LEGAL SERVICES RENDERED**

| Date | Description of Services | Time | Total ($350/hr.) |
|---|---|---|---|
| 11/15/17 | • Review case file in preparation for filing, call with AR regarding the same. | 1.2 | $420.00 |
| | • Draft and file complaint | 1.3 | $455.00 |
| 11/17/17 | • Process service and Civil Cover Sheet filed | 0.2 | $70.00 |
| 12/26/17 | • Drat and file affidavit of service | 0.4 | $140.00 |
| 12/26/17 | • Draft and file Request for Clerk's Certificate of Default and Affidavit in support | 0.2 | $70.00 |
| 1/25/2018 | • Draft and file Status update letter | 0.2 | $70.00 |
| 3/01/2018 | • Draft, file and delivery of Request for Clerk's Certificate | 2.1 | $735.00 |
| 3/08/18 | • Draft of motion for default judgment, and supporting materials | 3.0 | $1050.00 |
| 4/25/18 | • Prepare and attend default hearing. | 4.2 | $1470.00 |
| 5/25/18 | • Prepare, draft and file materials for inquest on damages. | 3.8 | $1,1330 |
| **TOTAL** | | **16.6** | **$5,810** |

**COSTS**

| Date | Description | Total |
|---|---|---|
| 11/15/17 | Court filing fee | $400.00 |





| 11/20/17, 12/06/2017 | Personal service of process fees | $104.00 |
|---|---|---|
| 3/15/18 | Certified Mail | $15.00 |
| **TOTAL** | - | **$519.00** |

Thank you,

LIEBOWITZ LAW FIRM

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660