**Delaware Attorney Services, LLC**
3516 Silverside Road Unit 16
Wilmington, DE 19810

*007-005*

INVOICE: 1812128
Issued: Nov 20, 2017

**Liebowitz Law Firm, PLLC**
Richard P. Liebowitz, Esquire
11 Sunrise Plaza Suite 305
Valley Stream, NY 11580

PAY TO:
Delaware Attorney Services, LLC
3516 Silverside Road Unit 16
Wilmington, DE 19810

| Case: | 1:17-cv-08937-PAE | Plaintiff / Petitioner: | Adam Romanowicz |
|---|---|---|---|
| Job: | 1812128 (Adam Romanowicz) | Defendant / Respondent: | Alister & Paine, Inc. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| 1812128 | Alister & Paine, Inc. | $50.00 | 1 | $50.00 |
| Print Fee | 16 pg @ .10<br><br>** CREDIT CARD WILL BE CHARGED IN THE AMOUNT OF $51.60 ** | $0.10 | 16 | $1.60 |

Payment Due Upon Receipt

To ensure proper credit, please note invoice number (top right) when remitting payment.

Tax ID # 45-2773457

The greatest compliment we can receive is a referral from our happy customers.

Total: $51.60
Amount Paid: ($0.00)
**Balance Due:** $51.60

# INVOICE

*007-05*

**ORANGE PAPER PLACERS, INC.**
PO BOX 22
GOSHEN, NEW YORK 10924
(845) 294 - 7810
FEDERAL ID#: 14-1607771

11/15/17

LIEBOWITZ LAW FIRM, PLLC
11 SUNRISE PLAZA - SUITE 305
VALLEY STREAM, NY      11580-

12/6/2017

**INVOICE #: OP000041075**     **TOTAL DUE: $0.00**

ADAM ROMANOWICZ

VS: ALISTER & PAINE, INC.

TO: ALISTER & PAINE, INC.

|  |  |
|---|---:|
| **W/O #: 96522** | |
| ORANGE | $50.00 |
| COPIES | $2.40 |
| **SUB TOTAL:** | **$52.40** |
| **AMOUNT PAID:** | **$52.40** |
| **TOTAL DUE:** | **$0.00** |

 **PAID**

Page 1 of 1