

June 20, 2018

Honorable Katharine H. Parker
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Romanowicz v. Alister & Paine, Inc. (1:17-cv-8937-KHP)*

Dear Judge Parker,

We have been trying to find an updated address to serve Alister & Paine, Inc. When we last tried serving them through our process server, the person who opened the door said they they moved out west. After much investigation we do believe that Alister & Paine Inc. still resides at 40 Stapleton Court, Middleton, New York 10940 and that Defendant is avoiding service. We respectfully request an extension to serve the the default judgment, the order in document 19, all the papers filled in connect with the damages inquest on Alister & Paine, Inc. via certified mail to 40 Stapleton Court, Middletown, New York 10940 by Friday, June 22, 2018. We respectfully request the damages hearing be rescheduled for the week of July 23, 2018.

The Court's consideration is much appreciated.

                                                             Respectfully submitted,

                                                             /s/Richard Liebowitz
                                                             Richard P. Liebowitz

                                                             *Counsel for Plaintiff Adam Romanowicz*

