UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADAM ROMANOWICZ,

                Plaintiff,

    -against-

ALISTER & PAINE, Inc.,

                Defendant.
-------------------------------------------------------------X

17 CIVIL 8937 (PAE) (KHP)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2018, Magistrate Judge Katherine H, Parker's Report and Recommendation dated August 3, 2018 is adopted in full; Plaintiff is hereby awarded $2,980 in statutory damages, $3,500 in attorneys' fees, and $519 in costs; accordingly, this case is closed.

**Dated:** New York, New York
          October 2, 2018

                                          **RUBY J. KRAJICK**
                                                **Clerk of Court**
                       BY:

                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 10/3/2018